## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:25CR56** |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **STEVEN JONES,** | ) | |
| | ) | |
| **Defendant** | ) | |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [26]. Counsel needs additional time to review discovery. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [26] is granted as follows:

1.  The jury trial, now set for May 13, 2025, is continued to **August 19, 2025.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 19, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED: April 18, 2025.**

**BY THE COURT:**

**s/ Ryan C. Carson**
**United States Magistrate Judge**